

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-15-00218-CV

David **GOAD**,
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

No. 04-15-00219-CV

David **GOAD**,
Appellant

v.

Jamie **OSBORNE**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392 & 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

## ORDER

The appellees in the appeals numbered 04-15-00218-CV and 04-15-00219-CV have filed motions to consolidate the appeals. The court has determined that the appeals should be consolidated for briefing and argument, if needed. We therefore **grant** the motions and **order** the appeals consolidated for the purpose of briefing and argument, if needed.

The parties shall file all motions, briefs, and other documents as if the appeals were one case, but shall include both appeal numbers in the style on all documents filed. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. The court will dispose of both appeals in the same judgment, opinion, and mandate.

However, the record in each appeal shall remain separate. If supplementation of the record becomes necessary, the supplemental material must be filed in each appeal to which it applies.

It is so ORDERED on this 19th day of June, 2015

**PER CURIAM**

Attested to:_____
Keith E. Hottle
Clerk of Court

